UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


UNITED STATES OF AMERICA,

v.                                3:03-cr-132

ANTHONY MOON,


## MEMORANDUM AND ORDER

This is a criminal action, in which the defendant entered a guilty plea. The defendant has filed a motion for a transcript of his criminal pre-trial proceedings. Because the defendant does not have a § 2255 motion pending, he is not entitled to a free transcript of his proceedings. *See, e.g., United States v. Connors*, 904 F.2d 535 (9th Cir. 1990); *United States v. Lewis*, 605 F.2d 379, 380 (8th Cir. 1979); *United States v. Losing*, 584 F.2d 289, 291 (8th Cir. 1978). *See also Sistrunk v. United States*, 992 F.2d 258 (10th Cir. 1993). Accordingly, the request for a transcript is **DENIED**.

**E N T E R:**

                                      s/ Leon Jordan
                                United States District Judge